359 P.2d 142

**Harry D. SMITH, Petitioner,**

**v.**

**PEOPLE of the State of New Mexico, Respondents.**

No. 6923.

Supreme Court of New Mexico.

Feb. 16, 1961.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby granted free process herein in this Court; and

Further ordered that the petition for writ of habeas corpus be and the same is hereby denied for failure to state grounds for relief. The information charges a crime and no jurisdictional question is shown to exist.